LOUIS BOSSERT et al., Copartners under the Trade Name of LOUIS BOSSERT & SON, Respondents and Appellants, *v.* FREDERICK DHUY et al., Individually and as Business Agents of the Joint District Council of New York and Vicinity of the United Brotherhood of Carpenters and Joiners of America and Amalgamated Society of Carpenters and Joiners of America et al., Appellants and Respondents.

(Submitted December 10, 1917; decided December 18, 1917.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 221 N. Y. 342.)

---

In the Matter of the Claim of JOSEPH KAMMER, Respondent, *v.* EDITH A. HAWK et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

(Submitted December 10, 1917; decided December 18, 1917.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 221 N. Y. 378.)